(May 31, 1988)

TINA M. BARBERA, an Infant, by Her Mother, DONNA BARBERA, et al., Respondents, v CAESAR DEROSTAING, Appellant, et al., Defendants.

In view of the plaintiffs' failure to provide any reasonable excuse for their extensive delay in serving their bill of particulars, their failure to comply with the court's conditional order of preclusion, and their failure to submit an affidavit of merit, the appellant's motion for summary judgment dismissing the complaint should have been granted unconditionally and the complaint dismissed *(see, La Buda v Brookhaven Mem. Hosp. Med. Center,* 98 AD2d 711, *affd* 62 NY2d 1014; *Bailey v North Shore Univ. Hosp.,* 91 AD2d 967, *affd* 59 NY2d 748). Mollen, P. J., Mangano, Eiber and Sullivan, JJ., concur.

DHARAM S. BHATTI, Respondent, v BONNIE A. ROCHE et al., Appellant.

"Summary judgment is a drastic remedy which should not be granted where there is any doubt about the existence of a triable issue of fact" *(Sherman v Town of Rhinebeck,* 133 AD2d 77, 78). The Supreme Court properly denied the defendants' motion for summary judgment dismissing the complaint. There exist triable issues of fact as to whether the defendants represented that the real property in question could be subdivided and whether, in fact, the real property in question may be subdivided. Bracken, J. P., Kunzeman, Rubin and Spatt, JJ., concur.